IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CATHERINE TAYLOR, | CV 23–26–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a), (Doc. 22),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 18th day of November, 2024.

_____
Donald W. Molloy, District Judge
United States District Court